UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RANDOM HAUG; and DANIEL SHREVE,

    Defendants.

CASE NO. CR06-154C

ORDER

    This matter comes before the Court on the parties' Stipulation to Continue Trial and Pretrial Motions Date (Dkt. No. 43). The Court having considered the papers filed by the parties, together with the balance of the records and files herein, this Court now finds as follows:

    The current trial date is July 18, 2006. This is a complex case and Defendant Daniel Shreve has recently acquired new counsel. A denial of the requested extension would unreasonably deny this Defendant reasonable time to consult with counsel within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv). Further, both Defendants have filed speedy trial waivers through November 30, 2006, indicating their agreement with a continuance. (Dkt. Nos. 44 (Shreve) and 45 (Haug).) The proposed continuance of the trial does not appear to prejudice any party. The Court finds that failure to grant the requested continuance likely would result in a miscarriage of justice. The Court further finds that the interests of

ORDER – 1

the public and the Defendants in a speedy trial in this case are outweighed by the ends of justice, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

Accordingly, IT IS HEREBY ORDERED that the pre-trial motions cut-off date shall be extended to **August 21, 2006**, with a new trial date of **October 23, 2006**.  The time between the date of this Order and the new trial date shall be excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

SO ORDERED this 13th day of June, 2006.

John C. Coughenour
United States District Judge

ORDER – 2